ERIC O. FREEMAN
NEVADA BAR NO.: 6648
DYLAN E. HOUSTON
NEVADA BAR NO.: 13697
**HAWKINS PARNELL & YOUNG, LLP**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 430-5907
Email: efreeman@hpylaw.com
Email: dhouston@hpylaw.com

Attorneys for CLUB DEMONSTRATION SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINE SHINN, individually<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation; CLUB DEMONSTRATION SERVICES, INC.; DOES I-X; ROE CORPORATIONS II-X, inclusive,<br><br>Defendants.<br>______<br>COSTCO WHOLESALE CORPORATION<br><br>Cross-Claimant,<br><br>vs.<br><br>CLUB DEMONSTRATION SERVICES, INC.; DOES I-X; ROE CORPORATIONS I-X, inclusive,<br><br>Cross-Defendants. | Case No.: 2:25-CV-01159-RFB-NJK<br><br>**JOINT STIPULATION TO DISMISS ENTIRE MATTER, WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED, by and between Plaintiff, CHRISTINE SHINN, Defendant/Cross Claimant COSTCO WHOLESALE CORPORATION and Defendant/Cross Defendant CLUB DEMONSTRATION SERVICES, INC., through their respective counsel of

record, that the Complaint and Cross-Complaint including all causes of action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and that each party shall bear their own attorneys' fees and costs.

Dated this 9th day of October, 2026.

MITCHELL ROGERS INJURY LAW

/s/ Scott L. Rogers

Will C. Mitchell, Esq.
Nevada Bar No. 14403
Scott L. Rogers, Esq.
Nevada Bar No. 13574
9480 S. Eastern Ave., Suite 236
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

Dated this 9th day of October, 2026.

OLSON CANNON & GORMLEY

/s/ Michael Federico

Michael Federico, Esq.
Nevada Bar No. 5946
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendant Costco Wholesale Corporation*

Dated this 9th day of October, 2026.

HAWKINS PARNELL & YOUNG

/s/ Dylan E. Houston

Eric Freeman, Esq.
Nevada Bar No. 6648
Dylan E. Houston, Esq.
Nevada Bar No. 13697
3960 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
*Attorneys for Defendant Club Demonstration Services*

**IT IS SO ORDERED:**



**UNITED STATES DISTRICT JUDGE**

**DATED: October 15, 2026**

**CERTIFICATE OF SERVICE**

In accordance with Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that on the 13th day of October 2026, a copy of **JOINT STIPULATION TO DISMISS ENTIRE MATTER, WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** was served on all CM/ECF registered parties by filing and serving the same using the CM/ECF filing system.

*/s/ Crystal Martin*
CRYSTAL MARTIN
An Employee of Hawkins Parnell & Young LLP